64 A.3d 554

IN THE MATTER OF STANLEY E. MARCUS, AN ATTORNEY
AT LAW (ATTORNEY NO. 263031970).

April 26, 2013.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent in DRB 12–433 of **STANLEY E. MARCUS** of **NEWARK,** who was admitted to the bar of this State in 1970;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 5.4(a)(sharing legal fees with nonlawyer employees) and *RPC* 7.3(d)(compensating or giving anything of value to a person to recommend or secure the lawyer's employment by a client, or as a reward for having made a recommendation resulting in the lawyer's employment by a client);

And the parties having agreed that respondent's conduct violated *RPC* 5.4(a) and *RPC* 7.3(d), and that said conduct warrants a censure or lesser discipline;

And the Disciplinary Review Board having determined that a censure is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2012–0069E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **STANLEY E. MARCUS** of **NEWARK** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.